THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 The State,
 Respondent,
 

v.

 
 Donovan Anderson,
 Appellant.
 

__________
Appeal From Laurens County
Wyatt T. Saunders, Jr., Circuit Court Judge
__________
Unpublished Opinion No. 2005-UP-327
Submitted May 1, 2005  Filed May 16, 2005
__________
APPEAL DISMISSED
__________
Acting Deputy Chief Attorney Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor W. Townes Jones, IV, of Greenwood, for Respondent.
PER CURIAM:  Donovan Anderson pled guilty to voluntary manslaughter.  The trial court sentenced him to twenty-five years imprisonment, with credit for time served.  Andersons counsel attached to the final brief a petition to be relieved as counsel stating she had reviewed the record and concluded this appeal lacked merit.  Anderson did not file a pro se response.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
          APPEAL DISMISSED.  
          GOOLSBY, HUFF, and KITTREDGE, JJ., concur.  

1 We decide this case without oral argument pursuant to Rule 215, SCACR.